IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>         Plaintiff,<br><br>    v.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>         Defendant.<br>_____/ | No. 2:12-cv-01380 MCE KJN<br><br><br><br><br><br>ORDER |

On the court's own motion, the motion hearing currently set for June 14, 2013, at 10:00 a.m., regarding defendant's Motion to Compel (ECF Nos. 16-17) is hereby ADVANCED to Tuesday, June 11, 2013, at 8:30 a.m., in Courtroom 25 before the undersigned. The motion shall be heard at the same time as defendant's other pending Motion to Compel (ECF No. 11), given that the undersigned does not conduct a regular law and motion calendar on Fridays, including on June 14, 2013, which is also the parties' current discovery completion date (ECF No. 10 at 2).[1]

////

---

[1] This matter proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(1) and 28 U.S.C. § 636(b)(1).

1

1        The deadline for the parties to file their Joint Statement Re Discovery
2  Disagreement regarding the Motion (ECF No. 16) shall be June 4, 2013.  The advancement of
3  this hearing does not preclude the nonmoving party from raising arguments regarding prejudices,
4  if any, arising from the timing of the motion (ECF No. 16) and/or arguments regarding the
5  adequacy of the notice provided in connection therewith.
6  DATED:  May 29, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE