1  Karen L. Uno (State Bar No. 117410)
   Karen.Uno@mbtlaw.com
2  Renée C. Callantine (State Bar No. 155991)
   Renee.Callantine@mbtlaw.com
3  MECKLER BULGER TILSON MARICK & PEARSON LLP
   575 Market Street, Suite 2200
4  San Francisco, CA  94105
   TEL: (415) 593-9611   FAX: (415) 644-0978
5

6  Attorneys for Defendant
   ALLIED PROPERTY AND CASUALTY
7  INSURANCE COMPANY

8
                   UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10
                        SACRAMENTO DIVISION
11

12

13 | NATIONAL UNION FIRE INSURANCE        CASE NO.:  2:12-CV-01380-MCE- KJN
   | COMPANY OF PITTSBURGH, PA, a
14 | Pennsylvania corporation,            **STIPULATION AND ORDER TO**
                                          **CONTINUE DISCOVERY CUT-OFF**
15 |           Plaintiff,
                                          FILE DATE:     May 22, 2012
16 | vs.                                  TRIAL DATE:    April 14, 2014

17 | ALLIED PROPERTY AND CASUALTY
   | INSURANCE COMPANY, an Iowa
18 | corporation,

19 |           Defendants.

20
        The parties, by and through their attorneys, hereby request a short continuance of the
21
   discovery cutoff to allow completion of discovery properly noticed and served so as to comply
22
   with the present discovery cutoff of June 14, 2013.  The parties request the discovery cutoff be
23
   extended to June 28, 2013.  This extension will not affect or interfere with any other dates
24
   scheduled by the court, such as the deadline for dispositive motions or the trial date.  It is the first
25
   request made by the parties in this action.
26
        Good cause exists to allow a short continuance of the discovery cutoff.  The parties have
27
   been diligent in pursuing discovery, and have already completed written discovery and taken two
28
   12cv01380.so.0529.DOCX

1  depositions.  Additional depositions are scheduled and a couple more will likely noticed in the
2  next few days.  The parties are engaged in a discovery dispute and have been attempting to
3  resolve it informally for the last few months.  Progress has been made and it is possible that the
4  parties may be able to resolve the dispute without court intervention.  There is, however, a motion
5  to compel further production of underwriting documents by plaintiff Nation Union on calendar.
6  The hearing date has been expedited to June 11 by the court but, even with the expedited date, it
7  seems unlikely that the parties will be able to obtain the disputed documents in time to prepare for
8  and take the depositions of the underwriters.  Moreover, National Union has objected to the
9  underwriters depositions and a motion to compel on that issue may ultimately be necessary.  The
10 parties would also like to attempt to resolve this dispute without resorting to law and motion, and
11 thus the additional two weeks would assist with that endeavor.

12    For these and other valid reasons, the parties respectfully request that the current
13 discovery cutoff of June 14, 2013 be extended to June 28, 2013.

15 Dated: May 24, 2013                                    MECKLER BULGER TILSON MARICK & PEARSON LLP

18                                                       By: */s/ Renee C. Callantine*
                                                            Karen L. Uno
                                                            Renée C. Callantine
19                                                          Attorneys for Defendant
                                                            ALLIED PROPERTY AND CASUALTY
20                                                          INSURANCE COMPANY

22 Dated: May 24, 2013                                    MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

25                                                       By: */s/ Jay A. Christofferson*
                                                            Jay A. Christofferson
                                                            Attorney for Plaintiff
26                                                          NATIONAL UNION FIRE INSURANCE
                                                            COMPANY OF PITTSBURGH, PA

MECKLER BULGER TILSON MARICK & PEARSON LLP

**ORDER**

GOOD CAUSE APPEARING, it is ordered that the discovery cutoff, currently set for June 14, 2013, is moved to June 28, 2013. All other dates established by the Court's Scheduling Order remain in effect.

IT IS SO ORDERED.

DATED: June 5, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT