Karen L. Uno (State Bar No. 117410)
Karen.Uno@mbtlaw.com
Renée C. Callantine (State Bar No. 155991)
Renee.Callantine@mbtlaw.com
MECKLER BULGER TILSON MARICK & PEARSON LLP
575 Market Street, Suite 2200
San Francisco, CA  94105
TEL: (415) 593-9611   FAX: (415) 644-0978

Attorneys for Defendant
ALLIED PROPERTY AND CASUALTY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa corporation,<br><br>Defendants. | CASE NO.:  2:12-CV-01380-MCE- KJN<br><br>**STIPULATION AND ORDER RE CONTINUANCE OF ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY'S MOTION TO COMPEL DEPOSITION AND DOCUMENTS**<br><br>DATE:     June 11, 2013<br>TIME:     8:30 a.m.<br>ROOM.:   25, 8th Floor<br>JUDGE:   Kendall J. Newman<br><br>FILE DATE:       May 22, 2012<br>TRIAL DATE:    April 14, 2014 |

The parties, by and through their attorneys, hereby request a continuance of Allied Property and Casualty Insurance Company's ("Allied") Motion to Compel the Deposition of National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and the Motion to Compel Further Production of Documents currently set for June 11, 2013 at 8:30 a.m. to June 20, 2013 at 10:00 a.m.

Good cause exists to allow a continuance. The parties had believed they reached an impasse and the motions were filed. The parties have had continued talks and, through them,

12-1380 National Union v. Allied Stip and Order re Continuance of Discovery Motion Hearing Date.docx

MECKLER BULGER TILSON MARICK & PEARSON LLP

resolved most of the issues in dispute with regard to the respective Motions. The parties believe they have resolved the dispute with respect to the Motion to Compel the Deposition, although complete resolution may be impacted by the ability to resolve the issues with regard to the Motion to Compel Further Production of Documents. The parties have resolved most issues with regard to the Motion to Compel Further Production of Documents. There remains an issue as to the scope of production of the requested documents. The parties are hopeful that they will resolve the remaining issue on scope of production in the next day or two. However, because of the impending discovery deadline, the Parties seek to continue the hearing on the motions to June 20, 2013 pending resolution of the remaining dispute.

For these and other valid reasons, the parties respectfully request that the hearing of June 11, 2013 be continued to June 20, 2013.

Dated:  June 10, 2013                MECKLER BULGER TILSON MARICK & PEARSON LLP


By: */s/ Renée C. Callantine*
 Karen L. Uno
 Renée C. Callantine
 Attorneys for Defendant
 ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY

Dated: June 10, 2013                 MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP


By: */s/ Patrick Fredette*
 Patrick Fredette
 Jay A. Christofferson
 Attorneys for Plaintiff
 NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

12-1380 National Union v. Allied Stip and Order re Continuance of Discovery Motion Hearing Date.docx             - 2 -

STIPULATION AND ORDER RE CONTINUANCE OF ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY'S MOTION TO COMPEL DEPOSITION AND DOCUMENTS

1 **ORDER**

2  GOOD CAUSE APPEARING, it is ordered that the hearing, currently set for June 11,

3 2013, is moved to June 20, 2013 at 10:00 a.m.

4

5 **Date: 6/10/2013**

6

7  _____
KENDALL J. NEWMAN

8  UNITED STATES MAGISTRATE JUDGE

12-1380 National Union v. Allied Stip and Order re Continuance of Discovery Motion Hearing Date.docx     - 3 -

STIPULATION AND ORDER RE CONTINUANCE OF ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY'S MOTION TO COMPEL DEPOSITION AND DOCUMENTS