1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Patrick Fredette, #207284
     *patrick.fredette@mccormickbarstow.com*
3  Scripps Center, Suite 1050
   312 Walnut Street
4  Cincinnati, OH  45202
   Telephone:    (513) 762-7520
5  Facsimile:    (513) 762-7521

6  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
7  Jay A. Christofferson, #203878
     *jay.christofferson@mccormickbarstow.com*
8  5 River Park Place East
   Fresno, California 93720-1501
9  Telephone:    (559) 433-1300
   Facsimile:    (559) 433-2300

10

11 Attorneys for Plaintiff
   National Union Fire Insurance Company of
   Pittsburgh, PA.
12

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation, <br><br> Plaintiff, <br><br> v. <br><br> ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa corporation, <br><br> Defendant. | Case No. 2:12-cv-01380-MCE-KJN <br><br> **STIPULATION AND ORDER TO CONTINUE DISCOVERY CUTOFF** |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

2:12-cv-01380-MCE-KJN

STIPULATION AND ORDER TO CONTINUE DISCOVERY CUTOFF

1   The parties, by and through their attorneys of record, hereby request a short continuance of the discovery cutoff to allow completion of discovery properly noticed and served so as to comply with the present discovery cutoff of June 28, 2013. The parties request the discovery cutoff be extended to July 12, 2013, an additional 14 days. This extension will not affect or interfere with any other dates scheduled by the Court, such as the deadline for dispositive motions or the trial date. This is the second request made by the parties in this action.

   Good cause exists to allow a short continuance of the discovery cutoff. The parties have been diligent in pursuing discovery and have already completed written discovery and taken five depositions. Additional depositions are presently scheduled. The parties are engaged in two discovery disputes concerning production of witnesses for deposition and documents and have been attempting to resolve them informally. Progress has been made and it is possible that the parties may be able to resolve both disputes without court intervention. In that regard, a request has been made to continue Allied's motion set for June 11, 2013, as the parties have compromised relative to the production of documents and production of a witness. Moreover, the parties are trying to avoid a motion to compel Allied's production of 30(b)(6) witnesses for claims and underwriting, as well as underwriting and claim file documents. It is unlikely that the parties will be able to obtain mutually convenient dates to prepare for and take the depositions within the time frame presently set based on the parties meet and confer efforts and, if necessary, motion practice. The parties would like to attempt to resolve this dispute without resorting to law and motion and thus, an additional two weeks would assist in allowing the parties to learn if they can reach an agreement.

///
///
///
///
///
///
///
///

For these reasons, the parties respectfully request that the current discovery cutoff of June 28, 2013, be extended to July 12, 2013.

Dated: June 11, 2013

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Jay A. Christofferson
Patrick Fredette
Jay A. Christofferson
Attorneys for Plaintiff
National Union Fire Insurance Company of Pittsburgh, PA.

Dated: June 11, 2013

MECKLER BULGER TILSON MARICK & PEARSON LLP

By: /s/ Renee C. Callantine
Karen L. Uno
Renee C. Callantine
Attorneys for Defendant
Allied Property and Casualty Insurance Company

**ORDER**

GOOD CAUSE APPEARING, it is ordered that the discovery cutoff presently set for June 28, 2013, is moved to July 12, 2013. All other dates established by the Court's Scheduling Order remain in effect.

IT IS SO ORDERED.

DATED: June 19, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 5 River Park Place East, Fresno, CA 93720-1501.

On June 11, 2013, I served true copies of the following document(s) described as **STIPULATION AND ORDER TO CONTINUE DISCOVERY CUTOFF** on the interested parties in this action as follows:

> Renee C. Callantine, Esq.
> Meckler, Bulger, Tilson, Marick & Pearson LLP
> 575 Market Street, Suite 2200
> San Francisco, CA  94105

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 11, 2013, at Fresno, California.

Karen P. Manriquez

2562737.1

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

1    2:12-cv-01380-MCE-KJN

PROOF OF SERVICE