1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Patrick Fredette, #207284
     *patrick.fredette@mccormickbarstow.com*
3  Scripps Center, Suite 1050
   312 Walnut Street
4  Cincinnati, OH  45202
   Telephone:     (513) 762-7520
5  Facsimile:     (513) 762-7521

6  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
7  Jay A. Christofferson, #203878
     *jay.christofferson@mccormickbarstow.com*
8  5 River Park Place East
   Fresno, California 93720-1501
9  Telephone:     (559) 433-1300
   Facsimile:     (559) 433-2300

11 Attorneys for Plaintiff
   National Union Fire Insurance Company of
   Pittsburgh, PA.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, an Iowa corporation,<br><br>Defendant. | Case No. 2:12-cv-01380-MCE-KJN<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE DISCOVERY CUTOFF** |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

2:12-cv-01380-MCE-KJN

AMENDED STIPULATION AND ORDER TO CONTINUE DISCOVERY CUTOFF

The parties, by and through their attorneys of record, hereby request a short continuance of the discovery cutoff to allow completion of discovery properly noticed and served so as to comply with the original discovery cutoff of June 14, 2013. The parties request the discovery cutoff be extended to August 2, 2013, an additional 21 days from the present deadline of July 12. This extension will not affect or interfere with any other dates scheduled by the Court, such as the deadline for dispositive motions or the trial date. This is the third request made by the parties in this action and the discovery cutoff has previously been extended a total of 29 days.

Good cause exists to allow a short continuance of the discovery cutoff. Although the parties have managed to informally resolve the majority of their discovery disputes, one dispute had to be decided by motion. On July 5, 2013, the Court ruled on that motion, and the additional time requested is necessary to prepare for and conduct the remaining discovery.

For these reasons, the parties respectfully request that the current discovery cutoff of July 12, 2013, be extended to August 2, 2013.

Dated: July 12, 2013                    McCORMICK, BARSTOW, SHEPPARD,
                                        WAYTE & CARRUTH LLP


                                        By: ___/s/ Jay A. Christofferson___
                                               Patrick Fredette
                                               Jay A. Christofferson
                                        Attorneys for Plaintiff
                                        National Union Fire Insurance Company of Pittsburgh, PA.

Dated: July 12, 2013                    MECKLER BULGER TILSON MARICK &
                                        PEARSON LLP


                                        By: ___/s/ Renee C. Callantine___
                                               Karen L. Uno
                                               Renee C. Callantine
                                        Attorneys for Defendant
                                        Allied Property and Casualty Insurance Company

**ORDER**

GOOD CAUSE APPEARING, it is ordered that the discovery cutoff presently set for July 12, 2013, is moved to August 2, 2013.  All other dates established by the Court's Scheduling Order remain in effect.

IT IS SO ORDERED.

Dated: July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

2:12-cv-01380-MCE-KJN
AMENDED STIPULATION AND ORDER TO CONTINUE DISCOVERY CUTOFF